### STATE OF CONNECTICUT *v.* THOMAS SANDERS

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 732 (AC 17804), is denied.

*Michael O. Sheehan,* in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided October 21, 1999

### JAMES CALVIN TILLMAN *v.* COMMISSIONER OF CORRECTION

The petitioner James Calvin Tillman's petition for certification for appeal from the Appellate Court, 54 Conn. App. 749 (AC 17461), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Joseph W. McQuade,* special public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided October 21, 1999